1  TIMOTHY P. JOHNSON (BAR NO. 66333)
2  LAW OFFICES OF TIMOTHY P. JOHNSON
3  1970 OLD TUSTIN AVENUE, SECOND FLOOR
   SANTA ANA, CALIFORNIA 92705
4  TELEPHONE: (714) 832-1170
5  FACSIMILE: (714) 832-1179
   E-MAIL: tjohnson@johnson-chambers.com
6
7  Attorneys for Defendant LTD Financial Services, L.P.

8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  EDVIN KESHISHYAN | Case No. CV12-4814-JFW (Ex) |
| 13  Plaintiff | |
| 14 | |
| 15  vs. | **STIPULATION TO DISMISS ACTION** |
| 16  LTD FINANCIAL SERVICES, L.P. | |
| 17  Defendant. | |

19
20         IT BEING HEREBY STIPULATED by and between the parties to
21  this action through their counsel of record that the above-captioned action be
22  dismissed with prejudice pursuant to FRCP 41(a)(1) as a result of the settlement of
23  this case, the parties jointly move this court to dismiss this action and all claims
24  asserted therein with prejudice. Each party will bear its own fees and costs.
25  ///
26  ///
27  ///
28  ///

-1-

STIPULATION TO DISMISS ACTION                                Case No. CV12-4814-JFW (Ex)

Dated: September 24, 2012

**LAW OFFICES OF TODD M. FRIEDMAN**

By: ___/s/Nicholas J. Bontrager___
    NICHOLAS J. BONTRAGER
    Attorney for Plaintiff
    Edvin Keshishyan

Dated: September 24, 2012

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By: _____/s/ Timothy Johnson_____
    TIMOTHY P. JOHNSON
    Attorneys for Defendant
    LTD Financial Services, L.P.

*Keshishyan v. LTD Financial Services, L.P.*
<u>USDC, Case No. CV12-4814-JFW (Ex)</u>

<u>**CERTIFICATE OF SERVICE**</u>

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, California 92705.

On September 24, 2012, I served a true copy of the **STIPULATION TO DISMISS ACTION AND PROPOSED ORDER** on all interested parties in this action by:

[ ]   By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[ ]   By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

[ ]   By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[ X ]   By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

Nicholas J. Bontrager, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Dr. Suite 415
Beverly Hills, CA 90211

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on September 24, 2012, at Santa Ana, California.

           /s/Timothy Johnson
           TIMOTHY P. JOHNSON